1

2

3

4

5              UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF WASHINGTON

6

7  ALAN WHITE, d/b/a "It's              No.  4:CV-15-5011-EFS
   Pawsible,"
8
                    Plaintiff,          **ORDER DISMISSING CASE**
9
          v.
10
   WAYNE PARKS, ELIZABETH OSTROWSKI-
11 PARKS, and IT'S PAWSIBLE DOG
   TRAINING CENTER, INC.,
12
                    Defendants.
13 ─────────────────────────────
   WAYNE PARKS and ELIZABETH
14 OSTROWSKI-PARKS,

15
                    Counterclaim-
16                  Plaintiffs,

17        v.

18 ALAN WHITE, d/b/a "It's
   Pawsible,"
19
20                  Counterclaim-
21                  Defendant.

22
        On August 31, 2015, the parties filed a stipulated dismissal, ECF
23
   No. 40.  Consistent with the parties' agreement and Federal Rule of
24
   Civil Procedure 41(a), **IT IS HEREBY ORDERED:**
25
        1.   The parties' Stipulation of Dismissal, **ECF No. 40**, is
26
             **GRANTED.**


ORDER DISMISSING CASE - 1

2.   All claims are **DISMISSED WITH PREJUDICE,** with all parties
     to bear their own costs and attorneys' fees.

3.   All pending motions are **DENIED AS MOOT.**

4.   All hearings and other deadlines are **STRICKEN.**

5.   This filed shall be **CLOSED.**

**IT IS SO ORDERED.**   The Clerk's Office is directed to enter this
Order and provide copies to all counsel.

**DATED** this  1ˢᵗ  day of October 2015.


_____s/Edward F. Shea_____
          EDWARD F. SHEA
    Senior United States District Judge

Q:\EFS\Civil\2015\5011.stip.dism.lc1.docx

ORDER DISMISSING CASE – 2